IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOEL B. ATTIA**                                                                                                       **PLAINTIFF**

v.                                                     CAUSE NO. 1:20CV211-LG-RPM

**DAVID JACKSON, et al.**                                                                   **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court on submission of the [28] Report and Recommendations entered by United States Magistrate Judge Robert P. Myers, Jr. on November 30, 2020.  The Court, having adopted said Report and Recommendations as the finding of this Court by Order entered this date, finds that this matter should be dismissed.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 16th day of December, 2020.

                                          s/ *Louis Guirola, Jr.*
                                          LOUIS GUIROLA, JR.
                                          UNITED STATES DISTRICT JUDGE